**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 97-30811**
**Summary Calendar**

**JIM T. HARDIN; THOMAS J. FELTS,**

**Plaintiffs-Appellants,**

**VERSUS**

**SEARS ROEBUCK AND COMPANY,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Eastern District of Louisiana
(96-CV-1245)

February 17, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jim T. Hardin (Hardin) and Thomas J. Felts (Felts) were both long-time employees of Sears Roebuck and Company and they were both terminated in October 1995. In April 1996, Hardin and Felts filed suit against Sears alleging that they were terminated in violation

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of the Age Discrimination and Employment Act (ADEA), 29 U.S.C. § 621, et seq. Sears filed an answer and asserted that each of Hardin and Felts were terminated because of their violation of and failure to comply with orders of their superiors. In June 1997 Sears filed motion for summary judgment. The magistrate judge, whom the parties had previously consented to handling their dispute, granted the summary judgment for Sears and entered a final judgment that Hardin and Felts take nothing.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the magistrate judge in his 27-page Order filed under date of July 30, 1997, we are satisfied that the Final Judgment filed under date of July 31, 1997, should in all things be AFFIRMED.